Hunter T. Carter (HC-1844)
Mark A. Bloom (MB-6082)
Jennifer L. Bougher (JB-6245)
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3946
Fax: (212) 484-3990
carter.hunter@arentfox.com
bloom.mark@arentfox.com
bougher.jennifer@arentfox.com

Martin F. Cunniff (*pro hac vice*)
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6077
Fax: (202) 857-6395
martin.cunniff@arentfox.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
— — — — — — — — — — — — — — — — — — — — — — — — — — —  x

| | | |
|---|---|---|
| Luitpold Pharmaceuticals, Inc., | : | Case No. 11-cv-0681 (KBF) (THK) |
| Plaintiff-Counterclaim Defendant, | : | **NOTICE OF MOTION *IN LIMINE* NO. 2** |
| v. | : | |
| Ed. Geistlich Söhne A.G. Für Chemische Industrie, and OSTEOMEDICAL LTD. | : | |
| | : | |
| Defendants-Counterclaim Plaintiffs. | | |

— — — — — — — — — — — — — — — — — — — — — — — — — — —  x

Plaintiff, Counterclaim Defendant Luitpold Pharmaceuticals, Inc. ("Luitpold") moves to exclude portions of Defendants, Counterclaim Plaintiffs' ("Geistlich") expert witness testimony because Michele M. Riley ("Riley") intends to offer unhelpful, unreliable opinions that fail to meet the requirements of Federal Rule of Evidence 702. Geistlich offers this witness in support of its claim that Luitpold breached a contractual requirement that Luitpold use "best efforts" to

distribute Geistlich's products.  The Court thus should exclude all of the opinions set forth in Riley's July 3, 2015 reports.

Dated:   New York, New York
         September 2, 2015

Respectfully Submitted,

By:   /s/ Hunter T. Carter_____

ARENT FOX LLP
1675 Broadway
New York, NY 10019
Hunter T. Carter (HC-1844)
Mark A. Bloom (MB-6082)
Jennifer L. Bougher (JB-6245)
hunter.carter@arentfox.com
jennifer.bougher@arentfox.com
bloom.mark@arentfox.com

Martin F. Cunniff (*pro hac vice*)
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6077
Fax: (202) 857-6395
martin.cunniff@arentfox.com

2